**Form RSC**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−21320−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
    Bonnie J. McGregor
    701 High Street
    Saltsburg, PA 15681

Social Security No.:
    xxx−xx−7950

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Corey J. Sacca<br>Bononi & Company<br>20 North Pennsylvania Ave.<br>Greensburg, PA 15601<br>Telephone number: 724−832−2499 | Lisa M. Swope<br>Neugebauer & Swope, P.C.<br>219 South Center Street<br>P. O. Box 270<br>Ebensburg, PA 15931<br>Telephone number: 814−472−7151 |

DATE/TIME/LOCATION OF MEETING OF CREDITORS
June 28, 2019
10:00 AM
Commissioners Hearing Room No.1, Westmoreland County Courthouse, Greensburg, PA 15601

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 5/21/19                                                                BY THE COURT

                                                                            Gregory L. Taddonio
                                                                            Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-21320-GLT
Bonnie J. McGregor                                                    Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: hsmi              Page 1 of 2              Date Rcvd: May 21, 2019
                        Form ID: rsc            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2019.
```
db          +Bonnie J. McGregor,    701 High Street,    Saltsburg, PA 15681-1206
cr          +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
15024584    +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
15024585    +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
15024587    +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
15024588    +Citi/Sears,    Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
15024592    +Mariner Finance-hami,    8211 Town Center Dr.,    Nottingham, MD 21236-5904
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 22 2019 02:41:01      Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 22 2019 02:39:08
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15024586    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 22 2019 02:38:48      Capital One Na,
              Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15024589    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 22 2019 02:40:57      Comenity Capital Bank/HSN,
              Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
15024590    +E-mail/PDF: gecsedi@recoverycorp.com May 22 2019 02:39:05      Comenity/MPRC,
              Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
15024591    +E-mail/PDF: creditonebknotifications@resurgent.com May 22 2019 02:38:52      Credit One Bank,
              Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
15024593    +E-mail/Text: blegal@phfa.org May 22 2019 02:41:07       Phfa-hemap,    2101 N. Front Street,
              Harrisburg, PA 17110-1086
15024594    +E-mail/Text: jennifer.chacon@spservicing.com May 22 2019 02:41:22
              Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    Po Box 65250,
              Salt Lake City, UT 84165-0250
15025194    +E-mail/PDF: gecsedi@recoverycorp.com May 22 2019 02:38:46      Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15024595    +E-mail/PDF: gecsedi@recoverycorp.com May 22 2019 02:39:05      Synchrony Bank/Care Credit,
              Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
15024596    +E-mail/PDF: gecsedi@recoverycorp.com May 22 2019 02:39:06      Synchrony Bank/Walmart,
              Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           U.S. Bank National Association, as indenture trust
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2019 at the address(es) listed below:
```
              Corey J. Sacca    on behalf of Debtor Bonnie J. McGregor csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the holders of the CIM Trust 2017-6, Mortgage-Backed Notes, Series 2017-6
               bkgroup@kmllawgroup.com
              Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,
               mmh@nsslawfirm.com;pa73@ecfcbis.com
              Lisa M. Swope    lms@nsslawfirm.com,    mmh@nsslawfirm.com;pa73@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2             User: hsmi              Page 2 of 2             Date Rcvd: May 21, 2019
                                 Form ID: rsc            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                           TOTAL: 6